Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Benecke-Kaliko AG v. The Haartz Corporation

No. 15-1110

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) The Haartz Corporation certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

The Haartz Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

The Haartz Corporation

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Grossman, tucker et al
Steven J. Grossman
Beth A. Filip

| November 18, 2014 | /s/ Steven J. Grossman |
|---|---|
| Date | Signature of counsel |
| | Steven J. Grossman |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Mark D. Klinko

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2014, I electronically filed the foregoing CERTIFICATE OF INTEREST using the Court's CM/ECF filing system. Counsel for the Appellant was served via First Class Mail at:

>Mark D. Klinko
>FAY SHARPE LLP
>1228 Euclid Avenue
>The Halle Bldg., 5th Floor
>Cleveland, OH 44115

>/s/ Steven J. Grossman
>Steven J. Grossman
>Reg. No. 35,001
>Grossman, Tucker, Perreault & Pfleger, PLLC.
>55 South Commercial Street
>Manchester, NH 03101
>Ph.: 603-668-6560
>Fax: 603-668-2790
>
>*Attorney for Appellee*
>*The Haartz Corporation*